# EXHIBIT "A"

EXHIBIT "A"



Wells Fargo Online®

## Message Detail

< Previous | Next >

| | |
|---|---|
| Subject | Mortgage account questions (KMM25779985V37466L0KM) |
| Received | August 15, 2012 |
| From | Customer Service |
| | Contact Us |

Dear Benjamin Ernst:

Re: Loan 0046141115

Thank you for taking the time to contact us.

The Wells Fargo Home Mortgage Collections Support Group has received a request from you to stop receiving phone calls from Wells Fargo Home Mortgage regarding the above referenced account.

In order to comply with your request, we have submitted your request for further review. Please allow 2-3 business days for the removal to take affect.

Please be advised that you will continue to receive written correspondence from Wells Fargo Home Mortgage, but you will not receive phone calls, regardless of the status of the account, unless you contact us to reinstate the contact telephone number(s).

Thank you again for contacting Wells Fargo Home Mortgage. If you have further questions, please reply to this message or contact a loan-servicing representative by calling 1-800-282-3451 Monday through Friday between 8:00 A.M. and 10:00 P.M., Central Time and on Saturdays between 8:00 A.M. and 5:00 P.M., Central Time.

Sincerely,

Mortgage Online Customer Service

Wells Fargo Home Mortgage
Collections Support Group - Correspondence
4101 Wiseman Blvd., San Antonio, TX 78251

If you have a question about your account, please sign on to your secure online banking session at wellsfargo.com and select 'Contact Us'. If you are currently in 'Messages and Alerts', please click 'Reply' at the bottom of the page for further assistance with this subject. Or, click the 'Contact Us' link at the top of the page to ask a new question.

Protect yourself from fraud and identity theft. To learn more, go to wellsfargo.com/privacy_security/fraud_prevention/

Wells Fargo Bank, N.A. is required by the Fair Debt Collection Practices Act to inform you that if your loan is currently delinquent or in default, as your loan servicer, we will be attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Bank, N.A. will only exercise its rights against the property and is not attempting any act to collect the discharge debt from you personally.

For loans in the state of California, the state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at (877) FTC-HELP or ftc.gov.

Wells Fargo Home Mortgage is a Division of Wells Fargo Bank, N.A.
Wells Fargo is an Equal Housing Lender

Original Message Excluded:
------------------------

cb3ed9c6-82c6-4209-90c5-e034e171f0fc

Equal Housing Lender
© 1995 - 2012 Wells Fargo. All rights reserved.