# EXHIBIT "B"

EXHIBIT "B"



Wells Fargo H
MAC T7419-0
P.O. Box 65955
San Antonio, T

August 22, 2012

Benjamin A. Ernst
7505 Davian Drive
Annandale, VA 22003-5448

Re: Loan Number ▇▇▇▇1115
Property Address: 66 Garden Avenue, Chatham, NJ 07928-2258

Dear Benjamin A. Ernst:

Thank you for your correspondence received on August 14, 2012. Your correspondence w
referred to me for review and response. I appreciate the opportunity to respond to your con
and/or provide you with assistance. Wells Fargo Home Mortgage takes great pride in prov
quality service to our customers.

Wells Fargo Home Mortgage has received a request from you to stop receiving phone calls
regarding the above referenced account. In order to comply with your request, please subn
written request containing a signature. You may fax your signed request to 210-509-1167 o
to Wells Fargo Home Mortgage, Attention: Customer Experience T7419-022, 4101 Wisem
Boulevard, San Antonio, TX 78251-4201

You are a valued customer, and I appreciate the time you took to contact us. If you have ar
questions or concerns, please contact the Foreclosure Department at 1-800-282-3458. A
representative will be able to assist you Monday through Friday, 8:00 a.m. to 10:00 p.m., a
Saturday, 8:00 a.m. to 5:00 p.m., Central Time.

Sincerely,

*Priscilla L*

Priscilla Lee
Customer Care Manager
Customer Experience Department

Wells Fargo Home Mortgage may be attempting to collect a debt and any information obtained may be used for that purpose. We may r
information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected
credit report. If you are currently in bankruptcy or your debt has been discharged in bankruptcy, Wells Fargo Home Mortgage is only ex
its rights against the property and is not attempting to hold you personally liable on the Note.

With respect to loans secured by property located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and th
Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or afte
They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading
statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, c
may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your
or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade commission at 1-877-F
HELP or www.ftc.gov.
PLE