**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| BENJAMIN ERNST, | § | |
|    *Plaintiff* | § | |
| | § | |
| *v.* | § | Civil Action No. 5:12-cv-01134-FB |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
|    *Defendant*. | § | |

## ORDER ON PLAINTIFF'S MOTION TO SUBSTITUTE COUNSEL

Plaintiff's Motion to Substitute Joseph Panvini as Counsel in place of Russell S. Thompson, IV is hereby GRANTED.

Signed this _____ day of _____, 2012

 

_____
Honorable District Court Judge