# EXHIBIT "A"

EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

BENJAMIN ERNST,  §
    *Plaintiff*  §
      §
      §
    *v.*  §    Civil Action No. 5:12-cv-01134-FB
      §
      §
WELLS FARGO BANK, N.A.,  §
    *Defendant.*  §

### AFFIDAVIT OF BENJAMIN ERNST

I, Benjamin Ernst, being duly sworn and on oath, state as follows:

1.  I am the Plaintiff in this lawsuit and have personal knowledge of the facts stated herein.

2.  Attached to the original complaint filed in this matter as Exhibit A (Document 1-1) is a true and correct copy of an email I received from a Wells Fargo representative.

3.  Attached to the original complaint filed in this matter as Exhibit B (Document 1-2) is a true and correct copy of a letter I received from Wells Fargo, though the right edge of the document as filed appears to be cut off slightly.

4.  Attached to this affidavit is a true and correct copy of photographs I took of my cellular telephone, showing several incoming or missed telephone calls from Wells Fargo. I received the telephone calls from the number 210-543-4000.

5.  For the sake of brevity, these photographs show only a small portion of the phone calls I received from Wells Fargo. I received many more calls from Wells Fargo, almost all of which were initiated by the telephone number 210-543-4000.

6.  I certify under penalty of perjury that the foregoing statement are true and correct to the best of my knowledge.

_____    Dated: 2/5/2013
Benjamin Ernst

SUBSCRIBED and SWORN TO before me this 5 day of _February_ , 2013.

_____
Signature of Notary Public
District of Columbia

 **Missed call**

9:22am, Thursday, September 20, 2012

# Return call

210-543-4000



# Send text message



# Add to contacts





# Incoming call

## 6:32pm, Friday, September 21, 2012

## Call back
210-543-4000



## Send text message



## Add to contacts





Missed call

10:57am, Saturday, September 22, 2012

**Return call** 
210-543-4000

**Send text message** 

**Add to contacts**

 **Incoming call**

10:19am, Monday, September 24, 2012

## Call back

210-543-4000



## Send text message



## Add to contacts

