IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BENJAMIN ERNST, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 5:12-cv-01134-FB |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| *Defendant*. | § | |

**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO TRANSFER VENUE**

This matter having come before the Court on Defendant's motion to transfer venue (Doc. 13), the Court having considered the motion and briefs filed by each party, and otherwise being fully advised, finds that Defendant has failed to demonstrate good cause for transfer, for the reasons stated in Plaintiff's response brief, and hereby DENIES the motion.

SO ORDERED this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE