# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| BENJAMIN ERNST, § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 5:12-cv-01134 |
| v. § | |
| § | |
| WELLS FARGO BANK, N.A., § | |
| Defendant. § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

By: /s/ Joseph Panvini
Joseph Panvini
jpanvini@attorneysforconsumers.com
WEISBERG &MEYERS, LLC
Two Allen Center
1200 Smith Street, Sixteenth Floor
Houston, TX 77002
Telephone: (888) 595-9111
Facsimile: (866) 565-1327

Attorney-in-Charge for Plaintiff
BENJAMIN ERNST

## CERTIFICATE OF SERVICE

I certify that on April 10, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Western District of Texas, San Antonio Division using the electronic case filing system of the court.

/s/ Joseph Panvini
Joseph Panvini