IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BENJAMIN ERNST, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CAUSE NO. 5:12-CV-1134-JRN |
| | § | |
| WELLS FARGO, N.A., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On April 10, 2013, Plaintiff filed a notice of dismissal with prejudice. *See* Clerk's Dkt. No. 18. Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. In the present case, Defendants have not yet served either an answer or a motion for summary judgment. Accordingly, Plaintiff has successfully dismissed the above-entitled cause of action, and the Court hereby enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**

**IT IS FURTHER ORDERED** that this action is hereby **CLOSED**.

**SIGNED** this 11th day of April, 2013.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE